C-13-15(ECF)
(Rev. 3/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Sandra H. Rorie )
) **MOTION**
) **CHAPTER 13**
)
) No: B-10-80566 C-13D
)
Debtor(s) )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

On February 3, 2011, the Court entered an Order denying confirmation of the Debtor's proposed plan. The Standing Trustee's office has allowed the Debtor over 30 days from the entry of the Court's Order to file a new or amended proposed plan and no new or amended proposed plan has been filed.

The Standing Trustee respectfully recommends to the Court that the Debtor's case be dismissed for failure to file a new or amended proposed plan.

Date: March 9, 2011      s/Richard M. Hutson, II
RMH:ej      Standing Trustee

-----------------------------------------------------------------------------------------------------------------------------------------

**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 E. Pettigrew St., Durham, NC, on April 14, 2011, at 12:00 p.m., at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: March 9, 2011      OFFICE OF THE CLERK
     U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-80566 C-13D**

Sandra H. Rorie
2403 Lindmont Ave.
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702